UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TAMMY M. HELLEMS,

    Plaintiff,

v.                                                                                                  Case No.:12-cv-10519

1369302 ONTARIO LIMITED, a foreign                         Hon. Lawrence P. Zatkoff
corporation, and HARSHARN SINGH BAINS,
Jointly and Severally,                                                       Mag. Laurie J. Michelson

    Defendants.
_____/

QUALIFIED PROTECTIVE ORDER
AND AUTHORIZATION PURSUANT TO HEALTH INSURANCE
PORTABILITY AND ACCOUNTABILITY ACT (HIPAA)

1.  **IT IS HEREBY ORDERED** that this Court authorizes the disclosure and sharing of Plaintiff Tammy Hellems's "personal health information" protected under the Health Insurance Portability and Accountability Act (hereinafter "HIPAA") (42 USC §1320d *et seq*.) and the regulations promulgated thereunder (45 CFR §§160, 164 *et seq*.) pursuant to the terms and conditions contained in this Order.

2.  **IT IS HEREBY FURTHER ORDERED** that Plaintiff Tammy Hellems's, health care providers including, but not limited to examining, testing and/or treating doctors and other medical personnel shall provide copies of all records and may discuss the Plaintiff, Tammy Hellems's, medical conditions and past, present and future treatment with counsel for the Defendants.

3.  **IT IS FURTHER ORDERED** that this Order does not compel the health care provider to participate in an interview or meeting against his or her wishes, nor to occur outside the presence

of the health care provider's attorney if he or she wishes to have one present. The purpose of the interview or meeting conducted by attorneys for Defendants and/or Defendants' agents is to assist Defendants in its defense of the above-referenced action brought by Tammy Hellems. The meeting or interview is not at the request of Tammy Hellems; however, Tammy Hellems and her counsel are on notice of the existence of this order.

4. **IT IS FURTHER ORDERED** that all covered entities under HIPAA, including but not limited to the health care providers, examining, testing and/or treating doctors and other medical personnel of Tammy Hellems are authorized and permitted to disclose and/or share Tammy Hellems's personal health information to the attorneys or agents of Defendants. The personal health information of Tammy Hellems may be provided orally in discussions with Defendants' attorneys and/or agents or in written, visual or other recorded form. The consent of or notice to Tammy Hellems and/or her attorneys is not required prior to the disclosure of this information by any health care provider.

5. **IT IS FURTHER ORDERED** that counsel for the Defendants is permitted to use or disclose protected information for all purposes that involve this action, except as limited by the Federal Rules of Civil Procedure for discovery and subject to the Federal Rules of Evidence for use at trial, and upon resolution of this action, counsel for the Defendants who receives written or otherwise recorded protected health care information of the Plaintiff, Tammy Hellems, shall destroy or return the information (including all copies made) to the health care provider.

                                               S/Lawrence P. Zatkoff
                                               U.S. District Court Judge
                                               LAWRENCE P. ZATKOFF

Dated: April 26, 2012

Notice and hearing on entry of the
above Order is waived.


_____
PHILLIP S. SERAFINI
Serafini, Michalowski, Derkacz & Associates, P.C.
44444 Mound Rd., Ste. #100
Sterling Hts., MI 48314
(586) 264-3756
psslaw@msn.com
(P45085)



_____
MARK SHREVE
Garan Lucow Miller, P.C.
1111 W. Long Lake Rd., Ste. 300
Troy, MI 48098-6333
(248) 641-7600
mshreve@garanlucow.com
(P29149)

12-10519.hellems.proposedhipaaorder.wpd

3